IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN ROBERT DEMOS,

    Plaintiff,

v.                                         Case No. 1:19cv20-MW/GRJ

UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on April 3, 3019.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**